JANUARY 7, 1947

**No. 51506.**—SUIT 4537.— *F. B. Vandegrift & Co.* v. *United States.* Abstract 50515 reversed November 7, 1946. C. A. D. 347.